

# In the Missouri Court of Appeals
# Eastern District

JANUARY 28, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED98622    ALAN W. COHEN, APP V. LORRAINE M. COHEN, RES

2.    ED99175 STATE OF MISSOURI, RES V ARTHUR F. WEPPNER, APP

3.    ED99236 WILLIAM MEYERS, APP V STATE OF MISSOURI, RES

4.    ED99395 L. BEVINEAU-DICKSON, APP V STATE OF MISSOURI, RES

5.    ED99674 HALVOR B. ANDERSON, RES V. SIEGEL-ROBERT, INC, APP

6.    ED99693 MARTYN ADAMS, APP V STATE OF MISSOURI, RES